

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2013

No. 04-13-00302-CR

**IN RE** Guillermo **LARA**, Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On May 22, 2013, the Honorable Alvino "Ben" Morales, the respondent in this proceeding, filed an unopposed motion for extension of time to file a response. The motion is GRANTED IN PART. The response is due June 21, 2013.

It is so **ORDERED** on May 23, 2013.

PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court

---

[1] This proceeding relates to Cause No. 2012CRB000083-L1, styled *State of Texas v. Luis Heleodoro Perez*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Alvino (Ben) Morales presiding.